UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION
IN ADMIRALTY

Case # 22-CV-00232

**KATHLEEN KOWGER**,

    Plaintiff,

v.

**RIVER SAFARIS & GULF CHARTERS, INC., a Florida Profit Corporation,**

    Defendant.

_____/

## COMPLAINT

**COMES NOW**, Plaintiff, KATHLEEN KOWGER, by and through the undersigned counsel, and files her Complaint against Defendant, RIVER SAFARIS & GULF CHARTERS, INC., a Florida Profit Corporation, and states:

### PARTIES, JURISDICTION AND VENUE

1. This is an action for damages against Defendants in excess of Seventy-Five Thousand Dollars ($75,000.00).

2. Jurisdiction is proper in this Court under 28 U.S.C. 1333, and Article III, section 2 of the U.S. Constitution, which provides federal courts with original jurisdiction to hear admiralty or maritime cases, "saving to suitors in all cases all other remedies to which they may be entitled."

1

3. At all times material to this cause of action, Plaintiff, KATHLEEN KOWGER ('KOWGER'), was/is a citizen of the State of Florida and is in all ways *sui juris*.

4. Defendant, RIVER SAFARIS & GULF CHARTERS, INC., is a Florida Corporation, and is in the business of providing boat rentals and airboat tours to the public for commercial gain, and specifically for the incident in question.

5. At all times material to this cause of action, Defendant's airboat was operating on the navigable waters of the State of Florida, in or around Homosassa Springs, in Citrus County, Florida.

6. Venue is proper in this Court pursuant to 28 U.S. Code §1391(b)(2) because a substantial amount of the events forming the basis of this action occurred in this District, on the navigable waters of the State of Florida, in or around Homosassa Springs, Citrus County.

7. On November 7, 2019, at around 1:00 pm, Plaintiff, KATHLEEN KOWGER, was among a group of six passengers that boarded Defendant's airboat vessel at its facility located in Homosassa, Citrus County, Florida, for a "Gulf Ride & Dolphin Quest" tour, pursuant to a trip purchased and booked by Plaintiff's husband through Defendant's website, www.riversafaris.com.

8. Upon information and belief, the airboat is/was a homemade vessel whose registered owner and operator is/was RIVER SAFARIS & GULF

CHARTERS, INC., with its principal place of business at 10823 Yulee Drive, Homosassa, Florida 34448.

9. At all material times during the subject voyage, Defendant's airboat was captained by a master employed by Defendant, whom maintained exclusive control over its operation and navigation during the tour.

10. After reaching the Gulf of Mexico, Defendant's captain stopped the airboat so passengers could stand up and look down into the water to spot nearby dolphins.

11. While the airboat was stopped, Plaintiff stood up to view the dolphins; as she rose from her seat, Plaintiff's foot slipped off the flat standing surface located beneath her chair and into a gap that exposed the unprotected, ridged surface of the airboat's hull.

12. As Plaintiff fell, her foot became caught on one of the deep metal ridges lining the unprotected hull area of the airboat, causing her ankle to violently twist as Plaintiff collapsed down onto the hard metal surface.

13. At the conclusion of the tour, when Plaintiff went to disembark from the airboat, she discovered she was unable to walk due to the injuries she sustained after tripping over the airboat's uneven surface; accordingly, she was taken by her husband to the hospital, where physicians diagnosed her with numerous fractures to her left foot.

14. Plaintiff, Ms. KOWGER, sustained serious, permanent, and life-altering injuries as a result of the November 7, 2019, incident, which was caused by the negligent acts and/or omissions of Defendant in maintaining, managing, and operating the subject voyage.

15. At all material times, Defendant, RIVER SAFARIS & GULF CHARTERS, INC., owned the Vessel, and had a legal duty to ensure that its Vessel followed all local, state, and federal rules in its navigation, and to use reasonable care in the operation, maintenance, management and ownership of the Vessel while operating on the navigable waters in the State of Florida, for the benefit of business invitees, such as Plaintiff, KATHLEEN KOWGER.

16. Defendant RIVER SAFARIS breached the aforementioned duties because it, directly or vicariously through its agents or employees, acted unreasonably towards the safety of Plaintiff in operating, equipping, managing, entrusting and/or maintaining the Vessel at the time of the subject voyage in light of the following acts or omissions:

   a. Failed to maintain appropriate safety equipment onboard the Vessel;
   b. Failed to maintain sufficient safety protocols;
   c. Failed to employ a competent master for the subject voyage;
   d. Failed to employ adequate means of selecting crewmembers;
   e. Failed to warn passengers of uneven surfaces or narrow platforms in

    the passengers standing area onboard its airboat;

    f. Failed to equip the Vessel with a passenger deck that was fit and proper for the intended voyage;

    g. Instructed Plaintiff to stand up in an area it knew or should have known was unsafe for passengers to stand;

    h. Failed to adequately train the Vessel's crewmembers and masters;

    i. Failed to maintain its airboat passenger deck in a reasonably safe manner for passengers.

17. As a direct and proximate result of the aforementioned acts of Defendant's negligence, Plaintiff KATHLEEN KOWGER, suffered damages, including, but not limited to, medical bills and hospitalization, loss of earnings, loss of earnings capacity, emotional distress, permanent scarring, loss of the enjoyment of life, pain and suffering, and all such damages in the past and in the future, which Defendant is liable for.

**WHEREFORE**, Plaintiff, KATHLEEN KOWGER, demands judgment for her damages against Defendant, RIVER SAFARIS & GULF CHARTERS, INC., along with costs incurred by Plaintiff in bringing this action, trial by jury, and any such other remedy and relief as this Court may deem just and appropriate.

Respectfully submitted on this 13th day of May 2022.

                                            Frank D. Butler, Esq.
                                            FBN:  940585

fdblawfirm@aol.com
Kelly Ann L. May, Esq.
FBN:  59286
kmay@fightingforfamilies.com
Brandon P. Volk, Esq.
FBN: 1019012
bvolk@fightingforfamilies.com
Frank D. Butler, P.A.
10550 US Highway 19 North
Pinellas Park, FL 33782
Phone: 727-399-2222
Fax: 727-399-2202
Service: courtdocserve@fdblawfirm.com
Secondary: kallen@fightingforfamilies.com
*Attorneys for Plaintiff*

***/s/ Kelly Ann L. May, Esquire***
 Kelly Ann L. May, Esq.